IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

PATRICIA GRACE FAY AND
CAROLINA CHICAS,

CASE NO:
DIVISION:

      Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC., a
Foreign for Profit Corporation,

      Defendant.
_____/

## ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW, the Plaintiff, PATRICIA GRACE FAY (hereinafter referred to as "FAY") and the Plaintiff, CAROLINA CHICAS (hereinafter referred to as "CHICAS"), by and through undersigned counsel, and hereby sue the Defendant, CHARTER COMMUNICATIONS, INC. (hereinafter referred to as "CHARTER COMMUNICATIONS") for damages for negligence, and in further support thereof would show until this Honorable Court as follows:

## JURISDICTION AND VENUE

1.    This is an action for damages in excess of Thirty Thousand and One Dollars ($30,001.00), exclusive of attorney's fees and costs, and prejudgment interest.

2.    At all times material hereto, Plaintiff, FAY, was *sui juris* and a resident of Volusia County, Florida.

3.    At all times material hereto, Plaintiff, CHICAS, was *sui juris* and a resident of Volusia County, Florida.

4.    At all times material hereto, Defendant, CHARTER COMMUNICATIONS, was and is a foreign corporation licensed to do business in the State of Florida.

5. At all times material hereto, Robert Asselin was an agent, servant, and employee of the defendant, CHARTER COMMUNICATIONS, acting within the scope of his employment.

6. At all times material hereto, Defendant, CHARTER COMMUNICATIONS, was the owner of the vehicle that Robert Asselin was operating.

7. At all times material hereto, Defendant, CHARTER COMMUNICATIONS, was responsible for the conduct of its employees, while acting within the scope of their employment.

8. Pursuant to §47.011, Florida Statues, venue is properly vested within Volusia County, Florida, where the cause of action accrued and where Defendant, CHARTER COMMUNICATIONS, has offices for the conduct of its customary business.

## GENERAL FACTS COMMON TO ALL COUNTS

9. At all times material hereto, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, was operating a vehicle in his capacity as an employee of Defendant, CHARTER COMMNICATIONS.

10. On December 18, 2017 at approximately 12:27 pm, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, maintained, controlled, and otherwise operated a company owned pick-up truck which was traveling southbound in the center lane of Nova Road, near the intersection of Forest Court in Ormond Beach, Volusia County, Florida.

11. On or about December 18, 2017, Plaintiff, FAY, operated a motor vehicle traveling northbound in the left lane of Nova Road near the intersection of Forest Road, in Ormond Beach, Volusia County, Florida.

12. On or about December 18, 2017, Plaintiff, CHICAS, was a properly restrained passenger in the vehicle operated by Plaintiff, FAY.

13. On or about December 18, 2017, Defendant CHARTER COMMUNICATIONS' employee, Robert Asselin lost control of the vehicle he was operating, struck the right hand curb, proceeded across all southbound lanes of traffic and center lanes, and drove into oncoming traffic in the northbound lanes of Nova Road.

14. Plaintiff, FAY, after noticing the vehicle operated by Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, coming toward her vehicle, brought her vehicle to a complete stop in an attempt to avoid a collision.

15. Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin continued on his path and caused a head on collision with Plaintiff, FAY's vehicle.

16. At the said time and place more specifically described above, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, negligently operated his vehicle in such that it caused injuries to Plaintiff, FAY and Plaintiff, CHICAS, as elaborated upon further below.

## COUNT I – NEGLIGENCE

This is an action for damages for negligence brought by Plaintiff, FAY, against Defendant, CHARTER COMMUNICATIONS, pled in the alternative to any conflicting or duplicative relief sought elsewhere, and in support thereof the Plaintiff whereby realleges and reincorporate Paragraphs 1 through 16 above as if fully set forth herein, and further alleges as follows:

17. On or about December 18, 2017, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, acting within the scope of his employment with Charter Communications, owed a duty to use reasonable care in the operation of his motor vehicle and breached that duty by negligently coming into contact with the motor vehicle owned and operated by Plaintiff, FAY.

18. At the aforesaid time and place, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, owed a duty of care to Plaintiff, FAY, to use reasonable caution and care in properly maintaining, operating, and/or entrusting the motor vehicle in question.

19. That as a direct and proximate result of the negligence of Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, Plaintiff, FAY, has suffered physical pain and suffering in the past and indefinitely into the future, has lost the capacity for the enjoyment of life in the past and indefinitely into the future, has incurred medical and hospital bills for her care and treatment in the past and into the indefinite future, all in an amount exceeding Thirty Thousand and One Dollars ($30,001.00). The losses are either permanent or continuing and the Plaintiff will continue to suffer the losses into the indefinite future.

WHEREFORE, Plaintiff, FAY, by and through undersigned counsel, respectfully prays unto this Honorable Court for damages for negligence against Defendant, CHARTER COMMUNICATIONS, INC. together with any further such relief as this Honorable Court may deem just and proper under the circumstances.

## COUNT II - NEGLIGENCE

This is an action for damages for negligence brought by Plaintiff, CHICAS, against Defendant, CHARTER COMMUNICATIONS, pled in the alternative to any conflicting or duplicative relief sought elsewhere, and in support thereof the Plaintiffs whereby reallege and reincorporate Paragraphs 1 through 16 above as if fully set forth herein, and further alleges as follows:

20. On or about December 18, 2017, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, acting within the scope of his employment with Charter Communications, had a duty to use reasonable care in the operation of his motor vehicle and

breached that duty by negligently coming into contact with the motor vehicle in which Plaintiff, CHICAS, was a properly restrained passenger.

21. At the aforesaid time and place, Defendant, CHARTER COMMUNICATIONS' employee, Robert Asselin, owed a duty of care to Plaintiff, CHICAS, to use reasonable caution and care in properly maintaining, operating, and/or entrusting the motor vehicle in question.

22. That as a direct and proximate result of the negligence of CHARTER COMMUNICATIONS' employee, Robert Asselin, Plaintiff, CHICAS, has suffered physical pain and suffering in the past and indefinitely into the future, has lost the capacity for the enjoyment of life in the past and indefinitely into the future, has incurred medical and hospital bills for her care and treatment in the past and into the indefinite future, all in an amount exceeding Thirty Thousand and One Dollars ($30,001.00). The losses are either permanent or continuing and the Plaintiff will continue to suffer the losses into the indefinite future.

WHEREFORE, CHICAS, by and through undersigned counsel, respectfully prays unto this Honorable Court for damages for negligence against Defendant, CHARTER COMMUNICATIONS, INC., together with any further such relief as this Honorable Court may deem just and proper under the circumstances.

*(space left intentionally blank)*

## DEMAND FOR JURY TRIAL

23. The Plaintiffs hereby demand a jury trial for all claims so triable as of right.

DATED this 10 of November, 2020.

VASILAROS WAGNER

_____
*signed by Matthew W. McGovern, Esq., with permission of Steven T. Vasilaros, Esq.*
Florida Bar Number: 41587
STEVEN T. VASILAROS, ESQUIRE
Florida Bar Number: 0456713
JOSHUA J. WAGNER, ESQUIRE
Florida Bar Number: 12209
VASILAROS WAGNER
721 Beville Road
South Daytona, Florida 32119
Phone:    (386) 777-7777
Facsimile: (386) 401-5450
Service Email: pleadings@accidentfirm.com
*Attorneys for Plaintiff.*