IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

PATRICIA GRACE FAY AND
CAROLINA CHICAS,

    Plaintiffs,                                                     CASE NO. 2020 31465 CICI

vs.

CHARTER COMMUNICATIONS, INC., a
Foreign for Profit Corporation,

    Defendant.
_____/

**DEFENDANT'S, CHARTER COMMUNICATIONS, INC. ANSWER TO PLAINTIFFS' COMPLAINT, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL**

Defendant, CHARTER COMMUNICATIONS, INC. files its Answer and Affirmative Defenses and Demand for Jury Trial in response to Plaintiffs' Complaint as follows:

**JURISDICTION AND VENUE**

1. CHARTER COMMUNICATIONS, INC. admits the allegations in Paragraph 1 of Plaintiffs' Complaint for jurisdictional purposes only. CHARTER COMMUNICATIONS, INC. denies the allegations in Paragraph 1 of Plaintiff's Complaint in all other respects.

2. CHARTER COMMUNICATIONS, INC. is without knowledge and therefore denies the allegations of Paragraph 2 of Plaintiffs' Complaint.

3. CHARTER COMMUNICATIONS, INC. is without knowledge and therefore denies the allegations of Paragraph 2 of Plaintiffs' Complaint.

4. CHARTER COMMUNICATION, INC. admits the allegations of Paragraph 4 of Plaintiffs' Complaint.

5. CHARTER COMMUNICATIONS, INC. admits that Robert Asselin was an employee of CHARTER COMMUNICATIONS, INC. acting with scope of his employment at the

time of this accident. CHARTER COMMUNICATIONS, INC. denies the allegations in Paragraph 5 of Plaintiffs' Complaint in all other respects.

6. CHARTER COMMUNICATIONS, INC. admits the allegations of Paragraph 6 of Plaintiffs' Complaint

7. CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 7 of Plaintiffs' Complaint as framed.

8. CHARTER COMMUNICATIONS, INC. denies the allegations in Paragraph 8 of Plaintiffs' Complaint.

**GENERAL FACTS COMMON TO ALL COUNTS**

9 CHARTER COMMUNICATIONS, INC. admits the allegations of Paragraph 9 of Plaintiffs' Complaint.

10. CHARTER COMMUNICATIONS, INC. admits that on December 18, 2017 before 12:27 pm, CHARTER COMMUNICATIONS, INC.'S employee, Robert Asselin, operated a vehicle owned by CHARTER COMMUNICATIONS, INC. southbound on Nova Road near the intersection of Forest Court in Ormond Beach, Volusia County, Florida. CHARTER COMMUNICATIONS, INC. denies the allegations in Paragraph 10 of Plaintiffs' Complaint in all other respects.

11. CHARTER COMMUNICATIONS, INC. admits that on December 18, 2017 prior to 12:27 pm Plaintiff, PATRICIA GRACE FAY operated a motor vehicle northbound on Nova Road near the intersection of Forest Court in Ormond Beach, Volusia County, Florida. CHARTER COMMUNICATIONS, INC. denies the allegations in Paragraph 11 of Plaintiffs' Complaint in all other respects.

12.     CHARTER COMMUNICATIONS, INC. admits that Plaintiff, CAROLINA CHICAS was a passenger in the vehicle driven by Plaintiff, PATRICIA GRACE FAY at the time of the accident that is the subject of Plaintiffs' Complaint.   CHARTER COMMUNICATIONS, INC. is without knowledge and therefore denies that Plaintiff, CAROLINA CHICAS was properly restrained.

13.     CHARTER COMMUNICATIONS, INC. admits that on December 18, 2017 before 12:27 pm, CHARTER COMMUNICATIONS, INC.'S employee, Robert Asselin suffered a sudden medical emergency causing him to lose control of the vehicle that he was driving. CHARTER COMMUNICATIONS, INC. is without knowledge and therefore denies the remaining allegations in Paragraph 13 of Plaintiffs' Complaint.

14.     CHARTER COMMUNICATIONS, INC. is without knowledge of and therefore denies the allegations of Paragraph 14 of Plaintiffs' Complaint and demands strict proof thereof.

15.     CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 15 of Plaintiffs' Complaint.

16.     CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 16 of Plaintiffs' Complaint demands strict proof thereof.

## COUNT 1-NEGLIGENCE

17.     CHARTER COMMUNICATIONS, INC. admits that its employee, Robert Asselin, acting within the scope of his employment with CHARTER COMMUNICATIONS, INC. at the time of this accident, owed a duty of reasonable care in operation of his motor vehicle. CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 17 of Plaintiffs' Complaint in all other respects.

18. CHARTER COMMUNICATIONS, INC. admits that its employee, Robert Asselin, acting within the scope of his employment with CHARTER COMMUNICATIONS, INC. at the time of this accident, owed a duty of reasonable care in operation of his motor vehicle. CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 18 of Plaintiffs' Complaint in all other respects.

19. CHARTER COMMUNICATIONS, INC. is without knowledge and therefore denies the allegations of Paragraph 19 of Plaintiffs' Complaint.

## COUNT II – NEGLIGENCE

20. CHARTER COMMUNICATIONS, INC. admits that its employee, Robert Asselin, acting within the scope of his employment with CHARTER COMMUNICATIONS, INC. at the time of this accident, owed a duty of reasonable care in operation of his motor vehicle. CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 20 of Plaintiffs' Complaint in all other respects.

21. CHARTER COMMUNICATIONS, INC. admits that its employee, Robert Asselin, acting within the scope of his employment with CHARTER COMMUNICATIONS, INC. at the time of this accident, owed a duty of reasonable care in operation of his motor vehicle. CHARTER COMMUNICATIONS, INC. denies the allegations of Paragraph 21 of Plaintiffs' Complaint in all other respects.

22. CHARTER COMMUNICATIONS, INC. is without knowledge and therefore denies the allegations of Paragraph 22 of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

23. CHARTER COMMUNICATIONS, INC. alleges that in the event it is ultimately determined to be liable to the Plaintiffs for damages in this action, any judgment against it is

specifically limited to its own percentage of fault in accordance with the provisions of Section 768.81, Florida Statutes, as a matter of law.

24. CHARTER COMMUNICATIONS, INC. alleges that the Plaintiffs failed to properly use the restraints in Plaintiffs' motor vehicle, which was a proximate cause of Plaintiffs' damages or an intervening cause thus relieving CHARTER COMMUNICATIONS, INC. of any liability to the Plaintiffs.

27. CHARTER COMMUNICATIONS, INC. alleges that immediately prior to the accident that is the subject of Plaintiffs' Complaint, Robert Asselin, suffered an unforeseeable medical emergency causing this accident, which relieves CHARTER COMMUNICATIONS, INC. of any liability to the Plaintiffs pursuant to the Emergency Doctrine.

28. CHARTER COMMUNICATIONS, INC. alleges that immediately prior to the accident that is the subject of Plaintiffs' Complaint, Robert Asselin, suffered an unforeseeable medical emergency causing this accident, which was the proximate cause of Plaintiffs' damages or an intervening cause thus relieving CHARTER COMMUNICATIONS, INC. of any liability to the Plaintiffs.

28. Plaintiff failed to mitigate any losses, injuries, or damages and is therefore, not entitled to recover for any losses, injuries or damages which could have been mitigated.

29. CHARTER COMMUNICATIONS, INC. alleges that Plaintiffs' Complaint fails to state a claim against CHARTER COMMUNICATIONS, INC. to which relief can be granted and therefore should be dismissed as to CHARTER COMMUNICATIONS, INC.

30 CHARTER COMMUNICATIONS, INC. specifically reserves the right to amend and plead any and all Affirmative Defenses that may become known during discovery.

## DEMAND FOR JURY TRIAL

CHARTER COMMUNICATIONS, INC. demands trial by jury on all issues triable as a matter of right, and costs for the defense on this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed through the Florida Courts E-Filing Portal and a copy hereof has been furnished via email to **Steven Vasilaros, Esquire**, VASILAROS WAGNER, *(Counsel for Plaintiff)*, at pleadings@accidentfirm.com and litigation@accidentfirm.com on January 5, 2021.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ GASTON AND ZIMET LLP**

*/s/ Derreck A. Quarles*
**DANIEL S. LIEBOWITZ, ESQUIRE**
Florida Bar No.: 155918
**DERRECK A. QUARLES, ESQUIRE**
Florida Bar No.: 123908
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
Telephone: (407) 730-3535
Facsimile: (407) 730-3540
Service: FLCourtFilings@cmlawfirm.com
*Attorneys for Defendant, Charter Communications Inc.*

{SECURE Firm/11090/00021/PLEADING/02868421.DOCX }