

# COMPREHENSIVE CASE INFORMATION SYSTEM

Laura E. Roth, Clerk of the Circuit Court and Comptroller

VOLUSIA COUNTY   CCIS   

eportaluser

Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 642020CA031465XXXXCI [2020 31465 CICI] | 11/10/2020 | VOLUSIA | | Open | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 11/10/2020 | Circuit Civil, Auto Negligence; COMPLAINT | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| JOLLEY, MARY GRIFFO | JUDGE | | |
| VASILAROS WAGNER | OTHER | | |
| CHARTER COMMUNICATIONS INC A F | DEFENDANT | QUARLES, DERRECK | 123908 |
| CHICAS, CAROLINA | PLAINTIFF | VASILAROS, STEVEN THOMAS | 456713 |
| FAY, PATRICIA GRACE | PLAINTIFF | VASILAROS, STEVEN THOMAS | 456713 |

## Dockets

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 7 | 01/05/2021 | DESIGNATION OR NOTICE OF EMAIL ADDRESS by Derreck Quarles Esq | 2 |
| | 6 | 01/05/2021 | ANSWER BY/FOR DEFENDANT Charter Communications Inc & AFFIRM defenses & DEMAND for jury trial | 6 |
| | 5 | 11/17/2020 | TWENTY DAY SUMMONS To CHARTER COMMUNICATIONS INC A FOREIGN FOR PROFIT CORPORATION rtn to atty/sop via e-service | 2 |
| | 4 | 11/10/2020 | REQUEST SUMMONS as to Charter Communications Inc | 1 |
| | 3 | 11/10/2020 | DESIGNATION OR NOTICE OF EMAIL ADDRESS Steven Vasilaros | 2 |
| | 2 | 11/10/2020 | COMPLAINT | 6 |
| | 1 | 11/10/2020 | CIVIL COVER SHEET | 4 |

## Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 11/10/2020 | 01/04/2021 | MICHAEL S ORFINGER | |
| 01/05/2021 | - | MARY G JOLLEY | |

## Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

## Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $400.00 | $400.00 | | | - |
| | $10.00 | $10.00 | | | - |

This information reflects the financial obligations shown on the Florida Comprehensive Case Information System (CCIS) for THIS CASE ONLY. For the current balances of your financial obligations, you should contact the Clerk of the Court in the county where the financial obligation was imposed. Nothing in CCIS alters any financial obligation imposed by a court.

## Reopen History