Form 1.997 Civil Cover Sheet

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.     CASE STYLE

(Name of Court) Volusia Circuit

Plaintiff Patricia Grace Fay and Carolina Chicas          Case #: _____

                                                          Judge: _____

vs.

Defendant Charter Communications, Inc.

II.    AMOUNT OF CLAIM
**Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.**

☐ **$8,000 or less**
☐ **$8,001 - $30,000**
☐ **$30,001 - $50,000**
☐ **$50,001 - $75,000**
☐ **$75,001 - $100,000**
☑ **Over $100,000**

III.    TYPE OF CASE     (If the case fits more than one type of case, select the most definitive category.)
If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☑ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security

C

2020 31465 CICI

- [ ] Nursing home negligence
- [ ] Premises liability—commercial
- [ ] Premises liability—residential
- [ ] Products liability        □

- [ ] Real property/Mortgage foreclosure
  - [ ] Commercial foreclosure
  - [ ] Homestead residential foreclosure
  - [x] Non-homestead residential foreclosure
  - [ ] Other real property actions

- [ ] Professional malpractice
  - [ ] Malpractice – business
  - [ ] Malpractice – medical
  - [ ] Malpractice – other professional

- [ ] Other
  - [ ] Antitrust/Trade regulation
  - [ ] Business transactions
  - [ ] Constitutional challenge – statute or ordinance
  - [ ] Constitutional challenge – proposed amendment
  - [ ] Corporate trusts
  - [ ] Discrimination – employment or other
  - [ ] Insurance claims
  - [ ] Intellectual property
  - [ ] Libel/Slander
  - [ ] Shareholder derivative action
  - [ ] Securities litigation
  - [ ] Trade secrets
  - [ ] Trust litigation

## COUNTY CIVIL

- [ ] Civil
- [ ] Real property/Mortgage foreclosure
- [ ] Replevins
- [ ] Evictions
  - [ ] Residential Eviction
  - [ ] Non-Residential Eviction
- [ ] Other civil (non-monetary)

**IV.   REMEDIES SOUGHT** (check all that apply):
- [x] Monetary;
- [ ] Non-Monetary declaratory or injunctive relief;
- [ ] Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [2   ] (specify)

Negligence x2
_____

_____

C█████████

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ yes
☑ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☑ no
☐ yes    If "yes", list all related cases by name, case number, and court.

_____
_____
_____

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**

☑ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _____    Fla. Bar # 41587 _____
     Attorney or party                          (Bar # if attorney)

Matthew McGovern, Esq. _____    11/10/2020 _____
(type or print name)                         Date



**LAURA E. ROTH**
CLERK OF THE CIRCUIT COURT

SEVENTH JUDICIAL CIRCUIT - VOLUSIA  COUNTY
P.O. BOX 6043 DELAND, FLORIDA 32721-6043 · WWW.CLERK.ORG

Filing #: █████
Filer:Steven T Vasilaros
Payment:$410.00

1 Filing Fee: $400.00
2 Summons Issuance: $10.00
3 Complaints/Petitions Civil Cover Sheet: $0.00
4 Complaints/Petitions Complaint: $0.00
5 Complaints/Petitions Request that Summons be Issued: $0.00
6 Notices/Reports Notice: $0.00

*This document is a Clerk generated receipt.  This  page was not included in the original court document submitted by the filer.*

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

PATRICIA GRACE FAY AND                    CASE NO:
CAROLINA CHICAS,                          DIVISION:

      Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC., a
Foreign for Profit Corporation,

      Defendant.

_____/

## NOTICE OF COMPLIANCE WITH RULE 2.516
## AND DESIGNATION OF EMAIL ADDRESSES

The undersigned counsel, STEVEN VASILAROS, ESQ., and hereby files his Notice of

Compliance with Rule 2.516, Florida Rules of Judicial Administration, and Designation of Email

Addresses on behalf of Vasilaros Wagner, and notifies all Parties that the following email

addresses are designated for service of all pleadings and documents required to be served on the

Plaintiffs, PATRICIA GRACE FAY and CAROLINA CHICAS:

    1.     Primary Email Address: pleadings@accidentfirm.com.

    2.     Secondary Email Address: litigation@accidentfirm.com.

[CONTINUED NEXT PAGE]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically

filed on this ⟨0⟩ day of November 2020, with the Clerk of Court by using the Florida Courts E-

Filing Portal and serving E-Filing Portal Electronic Service List.

VASILAROS WAGNER

*Signed by Matthew McGovern, Esq*
*With permission of*
STEVEN T. VASILAROS, ESQUIRE
Florida Bar Number: 0456713
JOSHUA J. WAGNER, ESQUIRE
Florida Bar Number: 12209
VASILAROS WAGNER
721 Beville Road
South Daytona, Florida 32119
Phone:      (386) 777-7777
Facsimile: (386) 401-5450
Service Email: pleadings@accidentfirm.com
*Attorneys for Plaintiff.*

# VASILAROS WAGNER

**PERSONAL INJURY LAWYERS**

November 10, 2020

Clerk of Circuit Court
P.O Box 6043
DeLand, FL 32721-6043

Re:     Patricia Grace Fay and Carolina Chicas v. Charter Communications, Inc.

Dear Clerk:

I would kindly request that you issue a Summons to the Defendant in the above-referenced case:

CHARTER COMMUNICATIONS, INC.
c/o CORPORATION SERVICE COMPANY
1201 HAYS ST
TALLAHASSEE, FL 32301

Pursuant to Fl. Stat. 768.28(7), Defendant shall have 20 days to file a response to the complaint. Thank you for your assistance in this matter. If you should have any questions or concerns, or if there is any way in which I may be of service to you, please don't hesitate to contact me at (386)

Thank You,

Matthew McGovern
Attorney

| Partners | Headquarters | Contact | Partners |
|---|---|---|---|
| Steven T. Vasilaros | Vasilaros Wagner | contact@accidentfirm.com | twitter.com/AccidentFirm |
| Joshua J. Wagner | 721 Beville Road | **Office: 386-777-7777** | facebook.com/AccidentFirm |
| | South Daytona, FL 32119 | Fax:    386-401-5450 | **AccidentFirm.com** |

2020 31465 CICI

**IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA**

**Judge**  : Michael S. Orfinger - Div. 32
**Case No** : 2020 31465 CICI

PATRICIA GRACE FAY, ET AL          -vs-   CHARTER COMMUNICATIONS INC A FOREIGN FOR PROFIT
**Plaintiff(s),**                                  CORPORATION
                                        **Defendant(s).**

## SUMMONS

### THE STATE OF FLORIDA:
### TO EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve this   summons and a copy of the   complaint or petition in the above styled
cause upon the defendant(s):

        CHARTER COMMUNICATIONS INC A FOREIGN FOR PROFIT CORPORATION
        C/O CORPORATION SERVICE COMPANY
        1201 HAYS ST
        TALLAHASSEE, FL 32301

Each defendant is hereby required to serve written defenses to said   complaint or petition on plaintiff or plaintiff's attorney,
whose name and address is

        STEVEN T VASILAROS
        VASILAROS
        WAGNER
        721 BEVILLE ROAD
        SOUTH DAYTONA, FL 32119

within 20 days after service of this   summons upon that defendant exclusive of the day of service, and to file the original of the
defenses with the Clerk of this Court before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do
so, a default will be entered against that defendant for the relief demanded in the   complaint or petition.

**DATED : November 17, 2020**

rtn to atty/sop via e-service

**LAURA E. ROTH**
**CLERK OF CIRCUIT/COUNTY COURT**

11/17/2020 7:11:10 AM 2020 31465 CICI
2020 31465 CICI
11/17/2020 7:11:10 AM 2020 31465 CICI

**By :** Deborah Guzman, **Deputy Clerk**

CL-0224-1612                                  (See reverse side for additional information.)

**ADDRESS OF THE CLERK OF THE CIRCUIT COURT**

LAURA E. ROTH
CLERK OF THE COURT
P.O. BOX 6043
DELAND, FL 32721-6043

If English is not your native language and you need assistance understanding the court's proceedings, you will need to bring someone to interpret for you as this service is not provided by the court.

Si el inglés no es su lengua materna y va a necesitar ayuda para entender el proceso judicial, tendrá que traer a alguien para que le interprete ya que el tribunal no ofrece este servicio.

**REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES**
**If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the appearance is less than 7 days; if you are hearing impaired or voice impaired, call 711.**

**THESE ARE NOT COURT INFORMATION NUMBERS**

**SOLICITUD DE ADAPTACIONES PARA PERSONAS CON DISCAPACIDADES**
**Si usted es una persona con discapacidad que necesita una adaptación para poder participar en este procedimiento, usted tiene el derecho a que se le proporcione cierta asistencia, sin incurrir en gastos.   Comuníquese con la Oficina de Administración Judicial (Court Administration), 101 N. Alabama Ave., Ste. D-305, DeLand, FL 32724, (386) 257-6096,   con no menos de 7 días de antelación de su cita de comparecencia ante el juez, o de inmediato al recibir esta notificación si la cita de comparecencia está dentro de un plazo menos de 7 días; si usted tiene una discapacidad del habla o del oído, llame al 711.**

**ESTOS NUMEROS TELEFONICOS NO SON PARA OBTENER INFORMACION JUDICIAL**

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

PATRICIA GRACE FAY AND
CAROLINA CHICAS,

        Plaintiff,                              CASE NO. 2020 31465 CICI

vs.

CHARTER COMMUNICATIONS, INC., a
Foreign for Profit Corporation,

        Defendant.

_____/

## DEFENDANT'S, CHARTER COMMUNICATIONS, INC., NOTICE OF COMPLIANCE WITH RULE 2.516 DESIGNATION OF EMAIL ADDRESS

Defendant, CHARTER COMMUNICATIONS, INC., file their Notice of Compliance with

Rule 2.516(b)(1) and Designation of Email Address and designate the following email address:

Primary Email:  FLCourtFilings@cmlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed through the Florida

Courts E-Filing Portal and a copy hereof has been furnished via email to **Steven Vasilaros,**

**Esquire**, VASILAROS WAGNER, *(Counsel for Plaintiff)*, at pleadings@accidentfirm.com and

litigation@accidentfirm.com on January 5, 2021.

                                  **CRUSER, MITCHELL, NOVITZ, SANCHEZ**
                                  **GASTON AND ZIMET LLP**

                                  */s/ Derreck Quarles*
                                  **DANIEL S. LIEBOWITZ, ESQUIRE**
                                  Florida Bar No.:  155918
                                  **DERRECK QUARLES, ESQUIRE**
                                  Florida Bar No.: 123908
                                  121 S. Orange Avenue, Suite 1500

Fay and Chicas v Charter Communications, Inc.
CASE NO. 2020 31465 CICI
Page 2 of 2

Orlando, FL 32801
Telephone: (407) 730-3535
Facsimile: (407) 730-3540
Service: FLCourtFilings@cmlawfirm.com
**Attorneys for Defendant, Charter**
**Communications Inc.**